BUEL A. PARADIS, Appellant, *v.* ETHEL A. DOYLE, Respondent.

Argued June 18, 1943; decided July 20, 1943.

*Daniel H. Prior, Edgar S. Knox* and *Milton B. Knox* for appellant.

*Kenneth J. Dugan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY. DESMOND and THACHER, JJ.